

In The
Court of Appeals
Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00119-CR
_____


BILLY DARIONE JACKSON, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the County Court
Lamar County, Texas
Trial Court No. 58587


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Billy Darione Jackson, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Jackson and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted:     October 18, 2012
Date Decided:       October 19, 2012

Do Not Publish

2